Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 2295 | **DATE** | 6/20/2002 |
| **CASE TITLE** | United States of America vs. United Network for Organ Sharing | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Intervenors's motion to amend order staying enforcement of inspector general subpoena and extending time for filing notice of appeal is granted to and including August 1, 2002.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | JUN 2 4 2002 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | 37 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| WAH courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 02 C 2295 |
| ) | |
| UNITED NETWORK FOR ORGAN ) | |
| SHARING, ) | |
| ) | |
| Respondent, ) | |
| ) | |
| THE UNIVERSITY OF CHICAGO ) | |
| HOSPITALS, NORTHWESTERN ) | |
| MEMORIAL HOSPITAL, and THE ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, on behalf ) | |
| of its Medical Center at Chicago, ) | |
| ) | |
| Intervenors. ) | |

DOCKETED
JUN 2 4 2002

## MEMORANDUM OPINION AND ORDER

On May 16, 2002, we granted the government's petition to enforce its subpoenas. Any appeal would have had to be filed by July 16, 2002. On June 6, 2002, we stayed enforcement temporarily, recognizing that production would effectively negate any appeal. The hospitals also asked for an additional 30 days to file any appeal, which would extend the time to August 15, 2002, but the order extended the time for 30 days (actually 32) from the date of the order, to July 8, 2002, which was sooner than the original appeal deadline.

The hospitals then moved to amend the order so as to have until August 15, 2002, to appeal, and the government presented, under seal, reasons why it thinks the appeal time should be only to July 16, 2002. In the meantime, time has passed. We do not understand why

the hospitals cannot come to a decision until three months after entry of the order, but we recognize that their schedules may have been impacted by the intervening passage of time. We extend the appeal time to August 1, 2002.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 20, 2002.